

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
AUG 17 2000
AT 8:30 _____
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA, : Hon. John W. Bissell, U.S.D.J.

: Criminal No. 99-640

v. :

ROBERT W. LEE, SR. and :
ROBERT W. LEE, JR.

        Defendants. : **VERDICT SHEET**

## Count 1 (RICO Conspiracy)

Robert W. Lee, Sr.

  ✓   Not Guilty           _____ Guilty

Robert W. Lee, Jr.

  ✓   Not Guilty           _____ Guilty

## Count 2 (RICO)

Robert W. Lee, Sr.

  ✓   Not Guilty           _____ Guilty

### Racketeering Act 1

a. ✓ Not Proven       _____ Proven
b. ✓ Not Proven       _____ Proven

### Racketeering Act 2

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven

### Racketeering Act 3

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven

### Racketeering Act 4

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven
d. ✓ Not Proven          _____ Proven

### Racketeering Act 5

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven
d. ✓ Not Proven          _____ Proven

### Racketeering Act 6

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven

### Racketeering Act 7

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven

### Racketeering Act 8

a. ✓ Not Proven          _____ Proven
b. ✓ Not Proven          _____ Proven
c. ✓ Not Proven          _____ Proven

### Racketeering Act 9

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven
c. ✓ Not Proven        _____ Proven

### Racketeering Act 10

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven
c. ✓ Not Proven        _____ Proven

### Racketeering Act 11

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven

### Racketeering Act 12

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven
c. ✓ Not Proven        _____ Proven

### Racketeering Act 13

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven
c. ✓ Not Proven        _____ Proven

### Racketeering Act 14

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven

### Racketeering Act 15

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven

### Racketeering Act 16

a. ✓ Not Proven        _____ Proven
b. ✓ Not Proven        _____ Proven

3

### Racketeering Act 17

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 18

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 19

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 20

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 21

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 22

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven
c. ___✓___ Not Proven          _____ Proven

### Racketeering Act 23

a. ___✓___ Not Proven          _____ Proven
b. ___✓___ Not Proven          _____ Proven

### Racketeering Act 24

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven
c. ✓ Not Proven  _____ Proven

### Racketeering Act 25

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven
c. ✓ Not Proven  _____ Proven

### Racketeering Act 26

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven

### Racketeering Act 27

a. _____ Not Proven  ✓ Proven
b. ✓ Not Proven  _____ Proven
c. ✓ Not Proven  _____ Proven

### Racketeering Act 28

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven

### Racketeering Act 29

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven

### Racketeering Act 30

a. _____ Not Proven  ✓ Proven
b. ✓ Not Proven  _____ Proven
c. ✓ Not Proven  _____ Proven

### Racketeering Act 31

a. ✓ Not Proven  _____ Proven
b. ✓ Not Proven  _____ Proven

5

### Racketeering Act 32

a. ____✓____ Not Proven          _____ Proven
b. ____✓____ Not Proven          _____ Proven

### Racketeering Act 33 (Money Laundering Conspiracy)

a. ____✓____ Not Proven          _____ Proven
b. _____ Not Proven          ____✓____ Proven

## Count 2 (RICO)

Robert W. Lee, Jr.

____✓____ Not Guilty          _____ Guilty

### Racketeering Act 2

b. ____✓____ Not Proven          _____ Proven
c. ____✓____ Not Proven          _____ Proven

### Racketeering Act 3

b. ____✓____ Not Proven          _____ Proven
c. ____✓____ Not Proven          _____ Proven

### Racketeering Act 5

b. ____✓____ Not Proven          _____ Proven

### Racketeering Act 26

b. ____✓____ Not Proven          _____ Proven

## Count 3 (Mail Fraud)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty

6

### Count 4 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

### Count 5 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

### Count 6 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

### Count 7 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

### Count 8 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

### Count 9 (Mail Fraud)

Robert W. Lee, Sr.

___✓___ Not Guilty  _____ Guilty

## Count 10 (Wire Fraud)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty


## Count 11 (Wire Fraud)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty

## Count 12 (Wire Fraud)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty


Robert W. Lee, Jr.

____✓____ Not Guilty          _____ Guilty


## Count 13 (Wire Fraud)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty


Robert W. Lee, Jr.

____✓____ Not Guilty          _____ Guilty


## Count 14 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty

8

### Count 15 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty              _____ Guilty

### Count 16 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty              _____ Guilty

### Count 17 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty              _____ Guilty

Robert W. Lee, Jr.

__✓__ Not Guilty              _____ Guilty

### Count 18 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty              _____ Guilty

Robert W. Lee, Jr.

__✓__ Not Guilty              _____ Guilty

9

**Count 19** (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty          _____ Guilty

Robert W. Lee, Jr.

__✓__ Not Guilty          _____ Guilty

**Count 20** (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty          _____ Guilty

Robert W. Lee, Jr.

__✓__ Not Guilty          _____ Guilty

**Count 21** (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

_____ Not Guilty          __✓__ Guilty

**Count 22** (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

__✓__ Not Guilty          _____ Guilty

**Count 23** (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

_____ Not Guilty          __✓__ Guilty

10

## Count 24 (Interstate Travel in Aid of Racketeering)

Robert W. Lee, Sr.

_____ Not Guilty          ✓ Guilty

## Count 25 (Interstate Facilities in Aid of Racketeering)

Robert W. Lee, Sr.

✓ Not Guilty          _____ Guilty

## Count 26 (Interstate Facilities in Aid of Racketeering)

Robert W. Lee, Sr.

✓ Not Guilty          _____ Guilty

## Count 27 (Money Laundering Conspiracy)

Robert W. Lee, Sr.

_____ Not Guilty          ✓ Guilty

    a. ✓ Not Guilty          _____ Guilty
    b. _____ Not Guilty          ✓ Guilty

## Count 28 (False Tax Return)

Robert W. Lee, Sr.

✓ Not Guilty          _____ Guilty

## Count 29 (False Tax Return)

Robert W. Lee, Sr.

✓ Not Guilty          _____ Guilty

ii

**Count 30** (False Tax Return)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty

**Count 31** (False Tax Return)

Robert W. Lee, Sr.

____✓____ Not Guilty          _____ Guilty

**Count 32** (False Tax Return)

Robert W. Lee, Sr.

_____ Not Guilty          ____✓____ Guilty

**Count 33** (False Tax Return)

Robert W. Lee, Sr.

_____ Not Guilty          ____✓____ Guilty

**Count 34** (False Tax Return)

Robert W. Lee, Jr.

____✓____ Not Guilty          _____ Guilty

_____ 8/15/00
FOREPERSON